IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDMUND J. COPPOLA,

      Appellant,

v.

      Case No.  5D22-880
      LT Case No. 2015-DR-020181

MARGARET COPPOLA,

      Appellee.
_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Brevard County,
Nancy Maloney, Judge.

Scott T. Orsini, of The Orsini Law
Group, LLC, St. Petersburg, for
Appellant.

Tiffany Crews Loris, of The Loris
Law Group, Viera, for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.